```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KEVIN YAN LUIS,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :          22 Civ. 6473 (JPC)
              -v-                                                      :
                                                                       :          ORDER
JORDAN'S FURNITURE, INC.,                                              :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On November 29, 2022, the Court ordered the parties to file a status update by January 30, 2023 if they had not filed a stipulation of dismissal by that date. Dkt. 9. The parties have filed neither a status update nor a stipulation of dismissal. The parties shall file either a status update or a stipulation of dismissal by February 6, 2023. The parties are reminded that failure to comply with Court orders may result in sanctions.

      SO ORDERED.

Dated: February 2, 2023  
       New York, New York

                                                           JOHN P. CRONAN  
                                                        United States District Judge