**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

KEVIN YAN LUIS, on behalf of himself
and all others similarly situated,

                       Plaintiffs,

                -against-

JORDAN'S FURNITURE, INC.

                 Defendant.
------------------------------------------------------------x

Case No. 1:22-cv-06473-JPC

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without

costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
        Feb. 6th 2023

                            Respectfully Submitted,

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of voluntary dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: February 7, 2023
New York, New York

                      JOHN P. CRONAN
               United States District Judge

*/s/ Noor A. Saab*
By: Noor A. Saab Esq.
*Attorney for Plaintiff*
380 North Broadway, Ste 300
Jericho, New York 11753
Tel: 718-740-5060
Email: SaabEsq@Gmail.com

1